JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANDRE LEDON BOOKER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SANDRA ALFARO, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 14-02203 DDP (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order Dismissing Habeas Petition as Time-Barred.

DATED: January 26, 2015

　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE